AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

36 C.F.R. § 4.21(c) - Operating a Vehicle in Excess of the Posted Speed

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Not more than 6 months imprisonment, a $5,000 fine, and a $10 special assessment fee.

E-filing

**DEFENDANT - U.S.**

▶ Julio C. Ruano Guzman

**DISTRICT COURT NUMBER**

CR 07 0743 MAG

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**Name and Office of Person Furnishing Information on THIS FORM**   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 8/11/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 NOV 26 AM 11: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0743 MAG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | VIOLATION: Title 36, Code of Federal Regulations, Section 4.21(c) – Operating a Vehicle in Excess of the Posted Speed (Class B Misdemeanor) |
| v. | ) | |
| JULIO C. RUANO GUZMAN, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 36 C.F.R. § 4.21(c) - Operating a Vehicle in Excess of the Posted Speed

On or about August 11, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreation Area, the defendant,

JULIO C. RUANO GUZMAN,

//
//
//
//
//

INFORMATION

was operating a vehicle at a speed in excess of the speed limit, in violation of Title 36, Code of Federal Regulations, Section 4.21(c), a Class B Misdemeanor.

DATED: 11/19/07

SCOTT N. SCHOOLS
United States Attorney

_____
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____ )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION