UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JULIO C. RUANO GUZMAN,<br><br>        Defendant(s). | No. CR 07-0743 MAG (BZ)<br><br>**FINDINGS AND JUDGMENT AFTER TRIAL** |

Following a trial before the court, **IT IS HEREBY ORDERED** as follows:

    1.   Defendant's exhibits 1 - 4 are admitted in evidence.

    2.   I find that the defendant Julio C. Ruano Guzman operated a vehicle in excess of the 25 mph posted speed limit in the Golden Gate National Recreation Area on August 11, 2007. The testimony of defendant's witness was not inconsistent with the testimony of the government witness and did not create a reasonable doubt about defendant's guilt.

    I therefore **ADJUDGE** Mr. Ruano Guzman guilty as charged and impose a fine of $95.00, an administrative fee of $25.00 and a special assessment of $10.00 for a total of $130.00.

1

If the defendant is dissatisfied with my ruling, defendant may appeal by filing with the Clerk of Court a notice specifying the judgment from which the appeal is taken within 10 days from today.  The notice of appeal must be served upon the government and upon me.  Otherwise, defendant shall pay the fine and special assessment within 10 days from today.

Dated: November 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.07\RUANO.GUZMAN.ORD.AFTER TRIAL.wpd