**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR07-0743 MAG**
Case Name: **USA v. Julio C. Ruano Guzman**

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| MAGISTRATE JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| BERNARD ZIMMERMAN | Wendy Thomas and Danielle Crockett L/C | Julio C. Ruano Guzman |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| 11/27/2007 | Margo Gurule; 1:41-2:11 | LASHANDA SCOTT |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11/27/2007 | | | | |
| | | 1:41 p.m. | | | Judge Cried in at 1:36 p.m. Grand Jury Return then trial began | |
| | | | | | Court advised the defendant of rights and charges | |
| | | | | | Discussion re 16 U.S.C. Section 3 - Maximum penalty $500.00 | |
| | | | | | and discussion re 18 U.S.C. Section 3571, Maximum penalty $5,000.00. USA stated that the maximum penalty is $5,000.00 | |
| | | 1:50 p.m. | | | Plaintiff's witness sworn - Ranger Shannon Richard Jay | |
| X | | 1:55 p.m. | X | | Plaintiff's Exhibits 1, 2, 3 and 4 marked | |
| | | 1:58 p.m. | | | Defendant objects to plaintiff's exhibit's 1, 2, 3, 4 | |
| | | 2:00 p.m. | | | Plaintiff finished examination | |
| | | 2:00 p.m. | | | Defendant cross examination of witness - Jay | |
| | | 2:07 p.m. | | | Defendant finishedd | |
| | | 2:07 p.m. | | | Plaintiff rest | |
| | | 2:08 p.m. | | | Defendant witness sworn - Guztavo Ruano | |
| | | 2:10 p.m. | | | Defendant finished | |
| | | 2:10 p.m. | | | Defendant rest | |
| | | 2:10 p.m. | | | Court will prepare a written ruling within two days | |
| | | 2:10 p.m. | | | Court adjourned. | |

Page 1