01/31/2008 01:55 PM EDT

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000743 | | US V JULIO C RUANO GUZMAN | | | | | | | |
| 001 | JULIO C. RUANO GUZMAN | 5100CV | CVB PROCESSING FEE | 25.00 | 0.00 | CT 34611014972 | 3 | PR | 25.00 | 01/24/2008 |
| 001 | JULIO C. RUANO GUZMAN | 504100 | FINE-CRIME VICTIMS FUND | 95.00 | 0.00 | CT 34611014972 | 2 | PR | 95.00 | 01/24/2008 |
| 001 | JULIO C. RUANO GUZMAN | 6855XX | OVERPAYMENT | 10.00 | 0.00 | CT 34611014972 | 4 | PR | 10.00 | 01/24/2008 |
| 001 | JULIO C. RUANO GUZMAN | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611014972 | 1 | PR | 10.00 | 01/24/2008 |
| | | | | | | Division Payment Total | | | 140.00 | |
| | | | | | | Grand Total | | | 140.00 | |

Page 1 of 1

*Handwritten annotations:*
CR 07-743
$10.00 SPECIAL ASSESSMENT PAID IN FULL  ON 1-24-08
$95.00 FINE PAID IN FULL  ON 1-24-08